UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH STEVEN@ANYPAYINC.COM, THAT IS STORED AT PREMISES CONTROLLED BY AMAZON.COM, INC. | Case No. 19-mj-251-01-AJ<br><br>Filed Under Seal |

### MOTION TO SEAL APPLICATION FOR SEARCH WARRANT AND ALL RELATED DOCUMENTS, LEVEL I

The United States of America respectfully moves this Court to seal this entire matter including this search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above captioned case until May 27, 2020, except that the government may later disclose these materials to comply with its discovery obligations under the local rules. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

Respectfully submitted,

Scott W. Murray
United States Attorney

November 27, 2019

By: /s/ Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney

Motion:  _X_ Granted    ____ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge