**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH STEVEN@ANYPAYINC.COM, THAT IS STORED AT PREMISES CONTROLLED BY AMAZON.COM, INC.** | **Case No.** 19-mj-251-01-AJ<br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Amazon.com, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account listed in the search warrant of the existence of the attached search warrant for 180 days, to expire on May 27, 2020.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Amazon.com, Inc. shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Amazon.com, Inc. may disclose the attached warrant to an attorney for Amazon.com, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for 180 days, to expire on May 27, 2020.

| | |
|---|---|
| 11/27/2019 | *Andrea K. Johnstone* |
| Date | Andrea K. Johnstone<br>United States Magistrate Judge |